**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ADAM MCKINNLEY DEVON MCELROY**                                                **PLAINTIFF**

**v.**                              **CASE NO. 1:16-CV-00014 BSM**

**KIM RACKLEY, et al.**                                                                              **DEFENDANTS**

### ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 12] has been reviewed. McElroy's correspondence [Doc. No. 13] does not provide additional information or address the deficiencies in his complaint. Therefore, after reviewing the record, the RD is adopted.

Accordingly, this case is dismissed without prejudice. This dismissal constitutes a strike under 28 U.S.C. § 1915(g). An appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 16th day of June 2016.

_____
UNITED STATES DISTRICT JUDGE